In the Matter of the Claim of ALEX A. FABRICANT, et al., Appellants, against CITY OF NEW YORK, Respondent.

Submitted June 7, 1948; decided July 16, 1948.

*Philip Korn* and *Jacob S. Spiro* for motion.
No one opposed.

Motion denied, with $10 costs and necessary printing disbursements on the ground that the appeal lies as of right.